UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
PRESTIGE OFFICE PRODUCTS, INC.            §    Case No. 09-20791
                                          §
            Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF COURT
          219 S. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/15/2011 in Courtroom 4016,
          DuPage Judicial Center
          505 N. County Farm Road
          Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/14/2011         By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PRESTIGE OFFICE PRODUCTS, INC. §   Case No. 09-20791
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 13,129.02 |
| and approved disbursements of | $ | 938.14 |
| leaving a balance on hand of[1] | $ | 12,190.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 2,062.88 | $ 0.00 | $ 2,062.88 |
| Attorney for Trustee Fees: The Helms Law Firm, P.C. | $ 910.00 | $ 0.00 | $ 910.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,972.88 |
| Remaining Balance | | $ | 9,218.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 73.11 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | Illinois Dept of Revenue | $ 73.11 | $ 0.00 | $ 73.11 |
| | Total to be paid to priority creditors | | | $ 73.11 |
| | Remaining Balance | | | $ 9,144.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 206,157.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | SP Richards | $ 151,154.44 | $ 0.00 | $ 6,705.03 |
| 000002 | Fifth Third Bank | $ 14,521.20 | $ 0.00 | $ 644.14 |
| 3 | Illinois Dept of Revenue | $ 1,938.01 | $ 0.00 | $ 85.97 |
| 4 | US Bancorp Manifest Fundign Services | $ 38,543.76 | $ 0.00 | $ 1,709.75 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,144.89 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/Brenda Porter Helms
                     Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-20791-JHS
Prestige Office Products, Inc.                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mflowers              Page 1 of 1             Date Rcvd: Jun 15, 2011
                               Form ID: pdf006             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2011.
```
db          +Prestige Office Products, Inc.,    10216 Werch Drive S-111,    Woodridge, IL 60517-5092
aty         +John J Lynch,    Law Offices of John J Lynch, P.C.,    801 Warrenville Road, Suite 152,
              Lisle, IL 60532-1396
tr          +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
              Chicago, IL 60625-5104
14020035     Activant,    804 Las Cimas Pkway S 200,    Corpus Christi, TX 78476
14020036    +CBeyond,    13474 Collections Center Dr,    Chicago, IL 60693-0134
14143107    +Fifth Third Bank,    Pob 3038,    Evansville, IN 47730-3038
14204662   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court:    Illinois Department of Revenue,    100 West Randolph Street,
              Chicago,IL 60601)
14475771     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14020039    +SP Richards,    Attn Chris Hughs,    PO Box 102458,    Atlanta, GA 30368-2458
14020040    +Standard Bank MC,    PO Box 3789,    Evansville, IN 47736-3789
14020041    +Steve Hoffman,    156 Canpbell Drive,    Bolingbrook, IL 60440-1636
14608048    +US Bancorp Manifest Funding Services,    1450 Channel Parkway,    Marshall, MN 56258-4005
14020043    +US Bank,    Attn: Shawn Tnooft,    1450 Channel Parkway,    Marshall, MN 56258-4005
14020042    +United,    Attn: Scott,    PO Box 952418,    Saint Louis, MO 63195-2418
14020044    +Woodridge Commerce Center,    Attn: Sue Anderson,    10204 Werch Drive,    Woodridge, IL 60517-5083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14020037    +E-mail/Text: legalcollections@comed.com Jun 15 2011 23:28:00     ComEd,    Bankruptcy Department,
              2100 Swift Dr.,    Oak Brook, IL 60523-1559
14020038     E-mail/Text: bankrup@nicor.com Jun 15 2011 23:27:09     Nicor Gas,    PO Box 2020,
              Aurora, IL 60507-2020
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*        +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,    3400 West Lawrence,
              Chicago, IL 60625-5104
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2011**                        **Signature:**   _Joseph Speetjens_